**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1698

Leisure Recreation & Entertainment, Inc.
- - Versus - -

First Guaranty Bank

19th Judicial District Court
Case #: 625171
East Baton Rouge Parish

On Application for Rehearing filed on 04/09/2021 by Leisure Recreation & Entertainment Co

Rehearing _Denied_.

_____
Vanessa Guidry Whipple

_____
Jewel E ."Duke" Welch

_____
Wayne Ray Chutz

Date __MAY 1 9 2021__

_____
Rodd Naquin, Clerk